81,034-01

December 17, 2015

Court of Criminal Appeals

Attn: Abel Acosta (clerk)

P.O. Box 12308 Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

RE: Lorenz, Brian Keith

CCA NO. WR-81,034-01

Trial Court Case NO- 11-04-03817-CR(1)

I recently wrote to you in regards to my address change and it was somehow entered as the wrong address. Please update the System with my Correct address.

Brian Keith Lorenz # 1757548
E.T.T.F.
P.O. Box 8000
Henderson, Tx 75653

Sincerely,

Brian Lorenz